# EXHIBIT A

05 - 6 4 9 1 M - 01 - 2 9

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV - 9 2005

NANCY MAYER WHITTINGTON, C
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. P-546997 |
| v. | : | Magistrate Judge Alan Kay |
| ELLEN E. BARFIELD, et al., | : | Trial: November 16, 2005 |
| Defendants. | : | |

DECLARATION AND CERTIFICATION OF RECORDS COPIES

I hereby declare and certify as follows:

My name is _RICHARD E. MERRYMAN_ .
(name of declarant)

I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration and certification.

I am providing Assistant United States Attorney Catharine Hartzenbusch with a copy of the specified records of the business named below, namely Public Gathering Permit #05-1625 (as well as the applications and related correspondence) and any related superceding and additional conditions. Pursuant to Rule 902(11) of the Federal Rules of Evidence (Fed.R.Evid.), effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. December 1, 2000), I hereby certify that these records attached hereto

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Nowember 3, 2005_
(date)

_Richard E. Merryman._
(signature of declarant)

RICHARD E. MERRYMAN
(name of declarant)

CHIEF, DIVISION OF PARK PROGRAMS
(title)

NATIONAL PARK SERVICE
(name of agency)

1100 OHIO DRIVE SW   WDC 20242
(business address)

Sworn before me, this __3 Rd__ day of November, 2005.

_Julia A. Young_
Notary Public



Julia S. Young
Notary Public, District of Columbia
My Commission Expires 05-31-2008

2



# United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

IN REPLY REFER TO:

## PUBLIC GATHERING PERMIT

05-1625                          Date:  September 23, 2005

In accordance with Park Regulations as contained in C.F.R., Title 36, Chapter 1, Section 7.96, permission is granted to conduct a public gathering to the following:

Person(s) and/or Organization(s): IRAQ PLEDGE OF RESISTANCE

Date(s): 09/26/2005                     To: 09/26/2005

Time: Starting: 09:00 am               Ending: 4:00 pm

Location(s):     The Ellipse-SE quadrant, Lafayette Park east-side

Purpose(s):    PEACEFUL PROTEST AGAINST THE IRAQ WAR AND A MEMORIAL FOR THOSE KILLED IN IT

Anticipated Number of Participants:  1500

Person(s) in Charge:    GORDON CLARK

Address(es):       P.O. BOX 8279, SILVER SPRING, MD 20907

Telephone Nos. Day:    202-454-5104

This permit is granted subject to the following conditions:

1. Permittee and all participants authorized therein must comply with all of the conditions of this permit and with all reasonable directions of the United States Park Police.
2. All sidewalks, walkways, and roadways must remain unobstructed to allow for the reasonable use of these areas by pedestrians, vehicles and other park visitors.

PERMITTEE IS RESPONSIBLE READING AND ADHERING TO THE ATTACHED REGULATIONS.



ADDITIONAL CONDITIONS
PERMIT #05-1625
IRAQ PLEDGE OF RESISTANCE
APPROXIMATELY 1500 PARTICIPANTS

## PURPOSE

Permittee states that their demonstration is to "Peacefully Protest against the Iraq War". Participants will gather at the Foundry United Methodist Church. Participants will then hold a procession from the church to the Ellipse where they will conduct a short rally. Participants will split up into two groups and march to Lafayette Park using the curb lanes of 15th Street and 17th Street to H Street into Lafayette Park. Once in Lafayette Park, approximately 10-20 designated representatives (Clergy, Gold Star Mothers, Military Family members) will proceed to the NW Gate of the White House to request a meeting with the President and to drop off names of those who have died. Civil Disobedience is also being planned on the White House sidewalk with approximately 300 individuals participating.

Permittee is responsible for obtaining the necessary permits from the Metropolitan Police Department for areas under their jurisdiction.

## DATE

September 26, 2005

## LOCATION(S)

Southeast quadrant of the Ellipse
Lafayette Park-eastside

## TIMELINE (APPROXIMATE)

| | |
|---|---|
| 9:00a.m. -12:00p.m. | Gather at Foundry United Methodist Church |
| 12:00p.m. | Procession from church to Ellipse |
| 12:30p.m. | Gather for approximately 15 minutes |
| 12:45p.m. | March to Lafayette Park |
| 1:00p.m. | Arrive in Lafayette Park |
| 1:00p.m. | Presentation, NW Gate |
| 4:00p.m. | Conclusion |

## SET-UP – ELLIPSE

Small 2'x2' platform
Portable PA. System

Equipment must be hand carried or carted to the Ellipse. There will be no vehicle access onto the Ellipse roadway. Set-up cannot take place within any construction and/or fenced area.

## SET-UP – LAFAYETTE PARK

There is no planned set-up other then the use of a bull horn. Amplified sound cannot be directed toward the White House at anytime.

Although permittee is not planning on carrying any coffins, permittee has stated that some groups joining the activity may. Coffins must be hand carried at all times while in Lafayette Park, and must be able to be open for inspection by law enforcement personnel. Groups must adhere to the following regulations regarding structures in Lafayette Park.

### The following are prohibited in Lafayette Park
### The erection, placement or use of structures of any kind except for the following:

Structures that are being hand carried are allowed.

When one hundred (100) or more persons are participating in a demonstration in the Park, a temporary speaker's platform as is reasonably required to serve the demonstration participants is allowed as long as such platform is being erected, dismantled or used, provided that only one speaker's platform is allowed per demonstrating group, and provided further that such speaker's platform is authorized by a permit issued pursuant to paragraph (g) of this section.

When less than one hundred (100) persons are participating in a demonstration in the Park, a temporary "soapbox" speaker's platform is allowed as long as such platform is being erected, dismantled, or used, providing that only one speaker's platform is allowed per demonstrating group, and provided further that the speaker's platform is no larger than three (3) feet in length, three (3) feet in width, and three (3) feet in height, and provided further that such speaker's platform is authorized by a permit issued pursuant to paragraph (g) of this section.

For the purpose of this section, the term "structure" includes props and displays, such as coffins, crates, crosses, theaters, cages, and statues; furniture and furnishings, such as desks, chairs, tables, bookcases, cabinets, platforms, podiums, and lecterns; shelters, such as tents, boxes, and other enclosures, wagons and carts; and all other similar types of property which might tent to harm park resources including aesthetic interests. Provided however that the term "structure" does not include signs; bicycles, baby carriages and baby strollers lawfully in the park that are temporarily placed in, or are being moved across, the Park, and that are attended at all times while in the park (the term "attended' is defined as an individual being within (3) feet of his or her bicycle, baby carriage or baby stroller); and wheelchairs, and other devices for the handicapped in use by a handicapped persons.

Hand carried signs are allowed regardless of size.

Signs that are not being hand carried and that are no larger than four (4) feet in length, four (4) feet in width and one-quarter (1/4) inch in thickness (exclusive of braces that are reasonably required to meet support and safety requirements and that are not used so as to form an enclosure of two (2) or more sides) may be used in Lafayette Park, provided that no individual may have more than two (2) such signs in the park at any one time, and provided further that such signs must be attended at all times ( the term "attended" is defined as an individual being within three (3) feet of his or her signs(s), and provided further that such signs may not be elevated in a manner so as to exceed a height of six (6) feet above the ground at their highest point, may not be arranged or combined in a manner so as to exceed the size limitations set forth in this paragraph and may not be arranged in such a fashion as to form an enclosure of two (2) or more sides. For example, under this provision, two four-feet by four-feet signs may not be combined so as to create a sign eight feet long and four feet wide, and three such signs may not be arranged to create a sign four feet long and twelve feet wide, and two or more signs of any size may not be leaned or otherwise placed together so as to form an enclosure of two or more sides, etc.

**A copy of this permit must be on site while under the authority granted.**

ELLIPSE GROUNDS
Reservation 1

NATIONAL CAPITAL PARKS CENTRAL
NATIONAL PARK SERVICE
WASHINGTON, DC

Ellipse Grounds South

SE QUADRANT

17TH ST

CONSTITUTION AVE

16TH ST

15TH ST

C ST

D ST

E ST

2nd Division Monument

Haupt Fountains - West

Haupt Fountains - East

National Christmas Tree

Zero Milestone

Butt-Millet Memorial Fountain

Original Patentees of DC Monument

Boy Scout Memorial

**Legend**
- P  Parking
- M  Metrorail Entrance
- ▶  Statue
- ?  Visitor Information
- Restrooms
- Picnic Area
- Railroad
- Building
- Water

Scale: 0  25  50  100  150  200  Meters
0  100  200  300  400  Feet

LAFAYETTE SQUARE
Reservation 1

NATIONAL CAPITAL PARKS - CENTRAL
NATIONAL PARK SERVICE
WASHINGTON, DC

**Legend:**
- P Parking
- M Metrorail Entrance
- ▲ Statue
- ? Visitor Information
- Restrooms
- Railroad
- Picnic Area
- Building
- Water

Von Steuben Statue
Rochambeau Statue
Bernard Baruch Bench of Inspiration
Stonewall Jackson Equestrian Monument
EAST SIDE
Lafayette Statue
Kosciuszko Statue

JACKSON PL
MADISON PL
PENNSYLVANIA AVE
H STREET
16TH ST

0  12.5  25  50  75  100  Meters
0  25  50  100  150  200  Feet

DATE
7/23/2002
DRAWN
SD

Page 2

3. All laws, rules and regulations applicable to the area covered by this permit remain in effect.

4. No fee may be collected, donation solicited, or commercial activity conducted.

5. The area should be left in substantially the same condition as it was prior to the activities authorized herein, and all litter shall be placed in the trash containers provided..

6. This permit is applicable only for the use of the area designated above, and during the times designated above, or in any area as may hereafter be designated by the United States Park Police.

7. The use of sound amplification equipment, other than hand-portable sound amplification equipment to be used for crowd control purposes only, is prohibited on the White House Sidewalk (South 1600 Pennsylvania Avenue, NW., sidewalk between East Executive Avenue and West Executive Avenue). All sound amplification equipment shall be limited so that it will not unreasonably disturb nonparticipating persons in, or in the vicinity of, the area.

8. The National Park Service reserves the right to immediately revoke this permit at any time should it reasonably appear that the public gathering presents a clear and present danger to the public safety, good order or health, or if any conditions of this permit are violated.

Joseph Lawler
Regional Director
National Capital Region

By:
Richard E. Merryman
Chief, Division of Park Programs
National Mall and Memorial Parks

Paperwork Reduction Act & Privacy Act statement: In accordance to 36 CFR 7.96 (g), this regulation is the authority to require applicants to fill out this form to request permits for special events or demonstrations. A Federal Agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. Confidentiality of this information is assured subject to the provisions of the Freedom of Information Act. Additional disclosures of the information may be to the United States Park Police, the District of Columbia Metropolitan Police Department, and any other affected law enforcement agencies.

Public reporting for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Chief of Park Programs Division, National Park Service, National Capital Region, 1100 Ohio Dr., S.W., Washington, D.C. 20242.

OMB CONTROL NUMBER: 1024-0021                    EXPIRES: 06/30/07

## NATIONAL PARK SERVICE, NATIONAL CAPITAL REGION
### APPLICATION FOR A PERMIT TO CONDUCT A DEMONSTRATION OR SPECIAL EVENT IN PARK AREAS AND A WAIVER OF NUMERICAL LIMITATIONS ON DEMONSTRATIONS FOR WHITE HOUSE SIDEWALK* AND/OR LAFAYETTE PARK

05-1625                          7/20/05
                                 Date of this Application

1. Individual and/or organization sponsor(s): Gordon Clark / Peter Perry
   Iraq Pledge of Resistance

   Address: P.O. Box 8279, Silver Spring, MD 20907

   Telephone Nos. (include area code): Day 202/454-564 Evening 301-589-2355

2. This is an application for a permit to conduct a DEMONSTRATION __X__
   SPECIAL EVENT _____. (For definitions, see instruction page.)

3. This is an application for a WAIVER OF THE NUMERICAL LIMITATIONS on certain demonstrations. YES _X_ NO ____ (A waiver is required if it is expected that a demonstration on the White House Sidewalk* will include more than 750 participants or that a demonstration in Lafayette Park will include more than 3,000 participants.)

4. Date(s) of proposed activity: From 9/26/05 To 9/26/05
                                      Month/Day/Year      Month/Day/Year

   Time: Begin: 5:00 (a.m.)(p.m.) Terminate: 5:00 (a.m.)(p.m.)

5. Location(s) of proposed activity. (Include assembly and dispersal areas.)
   The Ellipse, Constitution Avenue between 14th & 16th Streets N.W. The Ellipse Drive (behind the White House)

6. Purpose of proposed activity: Peaceful protest against the Iraq War and a memorial for those killed in it.

7. Estimated maximum number of participants. (If more than one park area is to be used, list numbers separately for each area.) 1,500

*(The "White House Sidewalk" is the sidewalk between East and West Executive Avenues, on the south side of Pennsylvania Avenue, NW.

8. Will cleanup people be provided for the area: _X_ YES ____ NO. How will they be identified? _Black Armbands_

9. Person(s) in charge of activity. (One person must be listed as in charge of the activity. If different individuals are to be in charge of various activities at different locations, each must be listed.)

Person in charge: _Gordon Clark_

Address: _P.O. Box 8279, Silver Spring, MD 20907_

Telephone Nos. (Include area code): Day _202-454-5104_ Evening _301-589-2355_

10. Plans for proposed activity. (Include a list of all principal speakers and the complete time schedule for the activity. Include proposed route of any march or parade, and plans for the orderly termination and dispersal of the proposed activity which might affect the regular flow of city traffic.) _There will be a few speakers: military families and clergy._

11. (a) List all props, stages, sound equipment, and other items to be provided by applicant/sponsor. (Include approximately number and size(s) of supports, standards, and handles; necessary medical/sanitary facilities and other similar items.) _Small sound equipment, a small 2x2 wooden riser. Also, up to 1,000 mock cardboard coffins._

(b) If boxes, crates, coffins, or similar items will be used, state whether they are to be carried opened or closed, their proposed size, the materials constructed from, and their proposed contents and use. _The mock coffins should be stationary._

12. (a) Do you have any reason to believe or any information indicating that any individual, group, or organization might seek to disrupt the activity for which this application is submitted? _X_ Yes ____ NO

(b) If "YES," list each such individual, group, or organization, with all information as to each, including address and telephone numbers. _Protest Warriors, Free Republic_

13. MARSHALS: (a) Will applicant/sponsor furnish marshals? (Required for waivers of numerical limitations and for demonstration activities held simultaneously on White House Sidewalk and Lafayette Park.) _X_ YES ____ NO, If "YES," how many marshals will be furnished? _6 w/ black armbands._

(b) Person(s) responsible for supervision of marshals (for each location):

Location(s): _Center of Ellipse_

Name(s): _Peter Perry_

Address(es): _1625 34th Street, NW, Washington, DC 2000?_

Telephone Nos.: Day: _202-957-7383_  Evening: _Same_

(c)    List the functions the marshals are expected to perform: _____

_Maintain peaceful tenor of action, directions for visitors_
_Cleanup of site._

**QUESTIONS 14, 15 AND 16 MUST BE ANSWERED IF THIS IS AN APPLICATION FOR A
WAIVER OF NUMERICAL LIMITATIONS. IF THIS IS NOT AN APPLICATION FOR A
WAIVER, DO NOT ANSWER THESE QUESTIONS.**

14. What communications equipment will be provided to the marshals?  (Include the
number of walkie-talkies, CB radios, bullhorns, public address systems, flashlights, etc.)

_One bullhorn but this might change._

15. How will the marshals be identified?  _Black armbands._

16. State specifically the plans for ingress and egress of the participants to and from
Lafayette Park including proposed sites for loading and unloading of buses, automobiles,
or other forms of transportation which the participants are expected to use (supply chart
if necessary). _____

_Participants will arrive on foot, coffins will_
_probably arrive in one truck._

**APPLICATION IS NOT VALID UNLESS SIGNED**

_Iraq Pledge of Resistance—Washington_ _____

Position of person filing application    Signature of person filing application

_Peter J. Perry_ _____    _1625 34th Street NW Wash, DC 2000?_

Typed or printed name of person    Address of person filing application
Filing application

Telephone Nos. of person filing application (include area code):

Day: _202-957-7383_    Evening: _703-288-0566_

Paperwork Reduction Act. 05-1625-AK In accordance with 36 CFR 7.96 (g)(2) this regulation was the authority to require applicants to fill out this form to request permits for special events or demonstrations. A Federal Agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. Confidentiality of this information is assured subject to the provisions of the Freedom of Information Act. Additional disclosures of the information may be to the United States Park Police, the District of Columbia Metropolitan Police Department, and any other affected law enforcement agencies.

Public reporting for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Chief of Park Programs Division, National Park Service, National Capital Region, 1100 Ohio Dr., S.W., Washington, D.C. 20242.

OMB CONTROL NUMBER: 1024-0021                    EXPIRES: 06/30/07

## NATIONAL PARK SERVICE, NATIONAL CAPITAL REGION APPLICATION FOR A PERMIT TO CONDUCT A DEMONSTRATION OR SPECIAL EVENT IN PARK AREAS AND A WAIVER OF NUMERICAL LIMITATIONS ON DEMONSTRATIONS FOR WHITE HOUSE SIDEWALK* AND/OR LAFAYETTE PARK

'05 JUL 28 P 3:56
RECEIVED BY
NATIONAL PARK
DIVISION OF PE...

05-1625

7/28/05
*Date of this Application*

1. *Individual and/or organization sponsor(s):* Iraq Pledge of Resistance/Gordon Clark

   *Address:* P.O. Box 8279, Silver Spring MD 20907

   *Telephone Nos. (include area code): Day* 202-454-5109 *Evening* 301-589-2355

2. *This is an application for a permit to conduct a DEMONSTRATION* X
   *SPECIAL EVENT* _____. *(For definitions, see instruction page.)*

3. *This is an application for a WAIVER OF THE NUMERICAL LIMITATIONS on certain demonstrations. YES* X *NO* ____ *(A waiver is required if it is expected that a demonstration on the White House Sidewalk\* will include more than 750 participants or that a demonstration in Lafayette Park will include more than 3,000 participants.*

4. *Date(s) of proposed activity: From* 9/26/05 *To* 9/26/05
   *Month/Day/Year          Month/Day/Year*

   *Time: Begin:* 5:00 *(a.m)*(p.m.) *Terminate:* 5:00 *(a.m.)*(p.m.)

5. *Location(s) of proposed activity. (Include assembly and dispersal areas.)*
   Lafayette Square, sidewalk surrounding the park   White House sidewalk

6. *Purpose of proposed activity:* Peaceful Protest against the Iraq War.

7. *Estimated maximum number of participants. (If more than one park area is to be used, list numbers separately for each area.)* 7500
   *\*(The "White House Sidewalk" is the sidewalk between East and West Executive Avenues, on the south side of Pennsylvania Avenue, NW.*

8. Will cleanup people be provided for the area? _X_ YES ____ No. How will they be identified? ____Black Armbands____

9. Person(s) in charge of activity. (One person must be listed as in charge of the activity. If different individuals are to be in charge of various activities at different locations, each must be listed.)

   Person in charge: ____Gordon Clark____

   Address: ____as above____

   Telephone Nos. (Include area code): Day ~~as above~~ Evening _____

10. Plans for proposed activity. (Include a list of all principal speakers and the complete time schedule for the activity. Include proposed route of any march or parade, and plans for the orderly termination and dispersal of the proposed activity which might affect the regular flow of city traffic.) _____

    ____There will be a few speakers____
    ____mostly military families and clergy____

11. (a) List all props, stages, sound equipment, and other items to be provided by applicant/sponsor. (Include approximately number and size(s) of supports, standards, and handles; necessary medical/sanitary facilities and other similar items.) _____

    (b) If boxes, crates, coffins, or similar items will be used, state whether they are to be carried opened or closed, their proposed size, the materials constructed from, and their proposed contents and use. _____
    Small sound equipment
    A small 2'x2' platform; also up to 1,000 mock coffins

12. (a) Do you have any reason to believe or any information indicating that any individual, group, or organization might seek to disrupt the activity for which this application is submitted? _X_ Yes ____NO

    (b) If "YES," list each such individual, group, or organization, with all information as to each, including address and telephone numbers.
    ____Protest Warriors  Free Republic____

13. MARSHALS: (a) Will applicant/sponsor furnish marshals? (Required for waivers of numerical limitations and for demonstration activities held simultaneously on White House Sidewalk and Lafayette Park.) _X_ YES ____NO. If "YES," how many marshals will be furnished? ____Black Armbands____

    (b) Person(s) responsible for supervision of marshals (for each location):

Location(s): _____

Name(s): _____

Address(es): _____ 1625  38th Street NW _____

Telephone Nos.: Day: 202/957-7383 Evening: _____

(c)    List the functions the marshals are expected to perform: _____

_____

**QUESTIONS 14, 15 AND 16 MUST BE ANSWERED IF THIS IS AN APPLICATION FOR A WAIVER OF NUMERICAL LIMITATIONS.  IF THIS IS NOT AN APPLICATION FOR A WAIVER, DO NOT ANSWER THESE QUESTIONS.**

14. What communications equipment will be provided to the marshals?  (Include the number of walkie-talkies, CB radios, bullhorns, public address systems, flashlights, etc.)

_____

_____

15. How will the marshals be identified? _____

16. State specifically the plans for ingress and egress of the participants to and from Lafayette Park including proposed sites for loading and unloading of buses, automobiles, or other forms of transportation which the participants are expected to use (supply chart if necessary). _____

_____

_____

### APPLICATION IS NOT VALID UNLESS SIGNED

Iraq Pledge of Resistance _____
Position of person filing application       Signature of person filing application

Peter J. Perr _____     1625 38th Street NW
Typed or printed name of person            Address of person filing application Wash DC
Filing application

Telephone Nos. of person filing application (include area code):

Day: _202/957-7383_ Evening: _____



"Gordon Clark"
<gclark@citizen.org>
09/23/2005 11:44 AM
AST

To: <John_Harasek@nps.gov>
cc: <stevecleghorn@community-partnership.org>, <jsc1949@msn.com>,
    <Dan_Walters@nps.gov>, <Mark_Haudenschild@nps.gov>,
    <Rick_Merryman@nps.gov>, <Robert_Kass@nps.gov>,
Subject: Re: Issue with Civil Disobedience on 9-26

Dear Mr. Harasek and others -

I am sorry that this is all coming up at the last minute, and that it is somewhat confusing.

To ask two questions, which may help clarify matters:

1) If we have a demonstration permit for the White House sidewalk (in the "picture postcard zone" directly in front of the White House), can you please tell me specifically what constitutes an arrestable violation? Blocking the sidewalk? Hanging items on the White House fence or leaning signs up against it? Putting signs or other papers through the White House fence? I am also curious - if we can get a permit for up to 1500 people to be demonstrating on the White House sidewalk, exactly how would you determine who is committing those arrestable offenses, such as blocking the sidewalk, and who is simply part of the permitted demonstration. Woudn't a demonstration of 1500 people (or even a few hundred) inherently block that sidewalk? How could a demonstration of that size not block the sidewalk?

2) If we do NOT have a permit for the White House sidewalk, are you saying that you will NOT close that area (of the sidewalk) unless and until some group commits a violation of the regulations while in that area? That you will only close that area once a violation has occured, and then you run through the warnings, still giving people a chance to leave?

Clarity on these two questions would help.

Also, just for the record, I want to say that we are not coming to this event in order to get arrested. We are coming to deliver a strong message on the Iraq war to the President, and we are willing to risk arrest to do that. If the President would meet with us, as we have officially and repeatedly requested, I dare say there might be no arrests at all.

I look forward to hearing back from you shortly.

Best Regards,

Gordon Clark

>>> <John_Harasek@nps.gov> 9/23/2005 11:08 AM >>>
Mr. Clark,

I wish to clarify an issue in reference to the Civil Disobedience that you plan to conduct on 9/26.

I understand that once your group arrives at Lafayette Park and the Clergy delegation goes to the Northwest Gate of the White House, that they will walk to the center portion of the White House to commit civil disobedience and that once they are arrested, there will be waves or groups of others who will come forward to be arrested.

This process will not work. Once the group goes onto the White House sidewalk and commits a violation, the Park Police will revoke the permit, close the area and give the three warnings to those that remain. If they don't leave, they will be arrested as we previously spoke about.

If you have more that the original group of Clergy that are seeking to be arrested, they will have to come across onto the White House sidewalk in one group, because we will not allow any others onto the sidewalk, once we close it.

The other arrangements that we discussed still stand:

Please ensure that people who intend on being arrested have photo identification with them. Computer checks will be performed on every arrestee, if anyone has outstanding arrest warrants, they will not be released.

That before the action, they give any other valuables, watches, jewelry, food,knives, backpacks etc. to one of their friends who are not being arrested to hold. This will allow the process to go much faster.

That we intend to probably arrest females first, then males, then juveniles.

I will be on the scene in front of the White House and if you seek me out, I will arrange it so that you and any other major organizers are not arrested until last so that you can facilitate the process and reassure the other protesters, if you so wish.

Everyone will eventually be brought to the U.S. Park Police Anacostia Station.

No one, including legal people and media, will be allowed in the processing area during the prisoner processing.

Those waiting to meet with people who have been arrested, will have to wait on Anacostia Drive outside of the Park Police Complex. All prisoners will be released out of the front gate.

All of the above statements pertain to your previously discussed civil disobedience action on 9/26 with persons who cooperate with us.

If there are persons who violently resist arrest, cause injury to our officers or conduct criminal activity outside of these parameters, other appropriate law enforcement response measures will be taken.

Please contact me as soon as possible to finalize your proposed plans. I can also be reached by cell phone at 202-438-6665.

John Harasek
Intelligence/Counter-Terrorism Unit
U.S. Park Police
202-610-7088



"Gordon Clark"
&lt;gclark@citizen.org&gt;
09/23/2005 12:56 PM
AST

To: &lt;John_Harasek@nps.gov&gt;
cc: &lt;stevecleghorn@community-partnership.org&gt;, &lt;jsc1949@msn.com&gt;,
&lt;Dan_Walters@nps.gov&gt;, &lt;Mark_Haudenschild@nps.gov&gt;,
&lt;Rick_Merryman@nps.gov&gt;, &lt;Robert_Kass@nps.gov&gt;,
Subject: Regarding the permit for 9/26

Dear Mr. Harasek, Mr. Merryman and others -

While I continue to be interested in the answers to the questions I sent earlier, I want to
communicate that we do NOT wish our permit to include the White House sidewalk. We would
like to include the Ellipse and Lafayette Park, of course, as we have discussed previously, but to
repeat we do not want the permit to include the White House sidewalk. This decision will not
change regardless of the answers to my previous questions, so please feel free to finish
processing the permit so you can fax it to me this afternoon at 202-546-5562.

Thank you for your assistance, as always,

Gordon Clark

ps. - Dear Mr. Harasek - Will the number you have given below be a cell phone that we can talk
with you with over the weekend and on Monday as necessary, or will there be someone else who
will be our liaison at that time? Also you should be aware that we are working with attorney
Mark Goldstone on this whole process - I believe you know him.


&gt;&gt;&gt; &lt;John_Harasek@nps.gov&gt; 9/23/2005 12:11 PM &gt;&gt;&gt;
I will be meeting with our Solicitor, Mr. Randy Myers shortly and will send
one coordinated response, rather than several other people responding.



John Harasek
Intelligence/Counter-Terrorism Unit
U.S. Park Police
202-610-7088



"Gordon Clark"
&lt;gclark@citizen.o        To:    &lt;John_Harasek@nps.gov&gt;

rg&gt;              cc:    &lt;stevecleghorn@community-partnership.org&gt;,
&lt;jsc1949@msn.com&gt;,

&lt;Dan_Walters@nps.gov&gt;, &lt;Mark_Haudenschild@nps.gov&gt;,
&lt;Rick_Merryman@nps.gov&gt;,

09/23/2005 11:44        &lt;Robert_Kass@nps.gov&gt;, &lt;robert_rule@nps.gov&gt;,

 **John Harasek**
11/02/2005 08:56 AM
EST

To: Rick Merryman/NCR/NPS@NPS
cc:
Subject: Fw: Regarding the permit for 9/26

John Harasek
Intelligence/Counter-Terrorism Unit
U.S. Park Police
202-610-7088
—— Forwarded by John Harasek/USPP/NPS on 11/02/2005 08:56 AM ——

 **John Harasek**
09/23/2005 03:20 PM
EDT

To: "Gordon Clark" <gclark@citizen.org>
cc: Dan_Walters@nps.gov, jsc1949@msn.com,
Mark_Haudenschild@nps.gov, pledgecoordinator@starpower.net,
Rick_Merryman@nps.gov, Robert_Kass@nps.gov,
robert_rule@nps.gov, stevecleghorn@community-partnership.org,
Steve_Booker@nps.gov
Subject: Re: Regarding the permit for 9/26

Dear Mr. Clark,

In reference to your previous email today, there are a number of Park Service regulations applicable to Park land including 36CFR 2.32(a)(1)(2).
NPS regulations which are specifically applicable to the White House sidewalk may be found at 36 CFR 7.96 (g). Among these regulations applicable to the White House sidewalk is one that prohibits stationary people carrying signs or placards on the center portion of the White House sidewalk.

As to your second question, if a group does not have a permit for the White House sidewalk, the Park Police will not generally close the area unless individuals violate any regulations while in that area. In the event of violations in the Park area, the Park Police will traditionally close the area, announce that violations have occurred and give three warnings that will allow everyone in the closed area the opportunity to leave or face arrest.

My cell phone number is 202-438-6665 and I am available to talk to you during the daytime this weekend and on Monday morning.


John Harasek
Intelligence/Counter-Terrorism Unit
U.S. Park Police
202-610-7088



"Gordon Clark"
<gclark@citizen.org>
09/22/2005 03:12 PM
AST

To: <rick_merryman@nps.gov>
cc:
Subject: Information

With my apologies for the delay, the answers to your questions.

1) We are still gathering at a church between 9-11am, but the church has changed. It will now be the Foundry United Methodist Church at 16th and P. I am unclear why you need this info, however, since the only permit involved there is one from the MPD, from the Church to the Ellipse, right?

2) Total participants, I would still stick with the 1500 number we gave you. (Probably less than that, but hard to say.)

3) March route from Ellipse to Lafayette Park - yes, we will still be splitting up. MPD is giving us the permits for that today, and we will be getting the curb lanes on 17th and 15th to proceed on either side of the White House, presumably up to H St and then in to Lafayette Park.

4) In terms of numbers of people who are willing risk arrest in acts of nonviolent civil resistance, that's growing. It's over 300 right now, and suspect it will grow a little more still.

Is that it? Will you be able to fax me the completed permits at 202-546-5562 either this afternoon or tomorrow?

Thanks again for all your assistance,  Gordon Clark