Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

**05 - 6 4 9 1M - 23**

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. PO571325
)
JOHN RODGERS (PRO SE) )

## NOTICE OF APPEAL

Name and address of appellant:   John Rodgers
5431 N.E 20th Ave
Portland, OR
97211

Name and address of appellant's attorney:

Offense:  **Demonstrating without a Permit**

Concise statement of judgment or order, giving date, and any sentence:

Guilty: 11/17/05
Judgement Entered:
$50 fine, $25 Admin. Cost

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

12/2/05
DATE

APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [ ]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?           YES [ ]   NO [ ]
Has counsel ordered transcripts?                 YES [ ]   NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [ ]   NO [✓]

**RECEIVED**

DEC - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT